Kirk J. Anderson (SBN 289043)
kanderson@budolaw.com
Budo Law P.C.
5610 Ward Rd., Suite #300
Arvada, CO 80002
Telephone: (720) 225-9440
Facsimile: (720) 225-9331

*Attorney for Plaintiff*
*Aperture Net LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aperture Net LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>Hughes Network Systems, LLC,<br><br>            Defendant. | Case No.  3:20-cv-00996-AJB-WVG<br><br>**MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint served: June 10, 2020<br><br>Current response date: July 1, 2020<br><br>New response date: August 17, 2020 |

Plaintiff Aperture Net LLC ("Plaintiff"), by and through its counsel, hereby moves to extend the date for Defendant to answer or otherwise respond to Plaintiff's original Complaint.

WHEREAS, Plaintiff served its original Complaint on June 10, 2020;

WHEREAS, the current response date is July 1, 2020;

WHEREAS, good cause exists as Defendant requires additional time to hire counsel. An extension will both provide Defendant needed time to hire counsel and also provide that counsel with sufficient time to familiarize itself with the issues presented;

WHEREAS, in the interests of judicial economy, Plaintiff moves to extend the date for Defendant to respond to Plaintiff's Complaint by an additional 45 days.

FOR GOOD CAUSE SHOWING, it is hereby requested that the deadline for Defendant to respond to Plaintiff's Complaint is hereby extended by 45 days, up to and including August 17, 2020. A proposed order is enclosed herewith.

Dated: June 25, 2020

By: */s/ Kirk J. Anderson*
Budo Law P.C.
Kirk J. Anderson
California Bar No. 289043
Email: kanderson@budolaw.com
5610 Ward Rd., Suite #300
Arvada, CO 80002
Telephone: (720) 225-9440
Facsimile: (720) 225-9331

***Attorney for Plaintiff***
***Aperture Net LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/ Kirk J. Anderson*
Kirk J. Anderson