Kirk J. Anderson (SBN 289043)
kanderson@budolaw.com
BUDO LAW P.C.
5610 Ward Rd., Suite #300
Arvada, CO 80002
Tel. 720-225-9440
Fax: 720-225-9331

***Attorneys for Plaintiff***
***Aperture Net LLC***

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

| | |
|---|---|
| APERTURE NET LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>HUGHES NETWORK SYSTEMS, LLC,<br><br>*Defendant.* | Case No. 3:20-cv-00996-TWR-WVG<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Aperture Net LLC dismisses without prejudice all claims by Plaintiff Aperture Net LLC against Hughes Network Systems, LLC. Each party shall bear its own costs, expenses, and attorney's fees.

*/s/Kirk J. Anderson*
Kirk J. Anderson (SBN 289043)
kanderson@budolaw.com
BUDO LAW P.C.

5610 Ward Rd., Suite #300
Arvada, CO 80002
Tel. 720-225-9440
Fax: 720-225-9331

***Attorneys for Plaintiff***
***Aperture Net LLC***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via e-mail on this 14th day of December 2020, on all counsel of record.

/s/ *Kirk J. Anderson*____
Kirk J. Anderson